UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| **BILLIE JOE CHAPMAN,** | **JUDGMENT IN A CIVIL CASE** |
| Petitioner, | |
| vs. | |
| **CAPTAIN FNU BROWN,** | CASE NO: 19-1041-STA-jay |
| Respondent. | |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Denying Leave to Proceed In Forma Pauperis and Dismissing Case Without Prejudice entered on July 10, 2019, this cause is hereby DISMISSED without prejudice.

APPROVED:

s/ S. Thomas Anderson
CHIEF JUDGE UNITED STATES DISTRICT COURT

DATE: 5/6/2019

THOMAS M. GOULD
Clerk of Court

s/Maurice B. BRYSON

(By) Deputy Clerk