UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

---

**BILLIE JOE CHAPMAN,**      AMENDED JUDGEMENT IN A CIVIL CASE

    Petitioner,

vs.

**CAPTAIN FNU BROWN,**      CASE NO: 19-1041-STA-jay

    Respondent.

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Denying Leave to Proceed In Forma Pauperis and Dismissing Case Without Prejudice entered on May 6, 2019, this cause is hereby DISMISSED without prejudice.

    APPROVED:

s/ S. Thomas Anderson
**CHIEF JUDGE UNITED STATES DISTRICT COURT**

DATE: 5/6/2019      THOMAS M. GOULD
    **Clerk of Court**

     s/Maurice B. BRYSON

     (By) Deputy Clerk